UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE:

MARK PROVENZANO,                    Case No. 12-41474-MBM
                                                    Chapter 7
         Debtor.                         Hon. Marci B. McIvor
_____/
EMPLOYEES ONLY, INC.,
HUMAN RESOURCES STRUCTURE, INC.,
and MOTOR CITY HUMAN RESOURCES, INC.,

         Plaintiff,
v.                                                   Adv. No. 12-5055

MARK PROVENZANO,

         Defendant.
_____/

## ORDER DENYING PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT UNDER § 523(A)(14) AND § 523(a)(14A) (COUNT IV) and GRANTING SUMMARY JUDGMENT TO DEFENDANT ON COUNT IV

For the reason set forth in the attached Opinion:

IT IS HEREBY ORDERED that Plaintiffs' Motion for Summary Judgment on Count IV (non-dischargeability under 11 U.S.C. § 523(a)(14) and § 523(a)(14)(A)) is DENIED.

IT IS FURTHER ORDERED that summary judgment is granted to Defendant on Count IV of Plaintiffs' Complaint. Count IV of the Complaint is dismissed with prejudice.

Signed on November 26, 2012

                                                      /s/ Marci B. McIvor
                                                      Marci B. McIvor
                                                      United States Bankruptcy Judge